COURT OF APPEALS

                                                 SECOND
DISTRICT OF TEXAS

                                                                FORT
WORTH

 

 

                                        NO.
2-03-186-CR

 

 

RONDEZ WILCOTS                                                               APPELLANT

 

                                                   V.

 

THE STATE OF TEXAS                                                                STATE

 

                                              ------------

 

            FROM
THE 362ND DISTRICT COURT OF DENTON COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------

Appellant=s sole issue in this appeal was that the trial court abused its
discretion by refusing to hold a hearing on appellant=s motion for new trial.  Having
previously determined that appellant=s sole issue should be sustained, we abated this appeal and ordered
the trial court to hold a hearing on appellant=s motion for new trial.  The
trial court did so and denied the motion.








Although we have given
appellant an opportunity to file a supplemental brief addressing issues related
to the trial court=s denial of
his motion for new trial, he has declined to do so.  He has not challenged any aspect of the trial
court=s judgment other than the refusal to hold a hearing on the new trial
motion.  Accordingly, having previously
sustained appellant=s sole issue
on appeal, and granted him the full relief to which he was entitled on that
issue,[2]
we dismiss the appeal as moot.  See
Tex. R. App. P. 43.2(f); Jack
v. State, 149 S.W.3d 119, 123 n.10 (Tex. Crim. App. 2004).

 

PER CURIAM

 

PANEL A: 
LIVINGSTON, J.; CAYCE, C.J.; and WALKER, J.

DO
NOT PUBLISH

Tex. R. App. P. 47.2(b)

 

DELIVERED: May 11, 2006











[1]See Tex.
R. App. P. 47.4.





[2]See Tex. R. App. P. 44.4; Price v. State,
826 S.W.2d 947, 948 (Tex. Crim. App. 1992); Martinez v. State, 846
S.W.2d 345, 347 (Tex. App.CCorpus Christi 1992, order), disp.
on merits, 846 S.W.2d 348 (Tex. App.CCorpus Christi 1992, pet. ref=d).